FILED

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0480



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0480

AUSTIN LAKE,

        Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF LABOR
AND INDUSTRY,

        Respondent and Appellee.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED: August 14, 2024.

                              BOWEN GREENWOOD
                              Clerk of the Supreme Court